# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 14, 2015

150286(85)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBIN SCOTT DUENAZ,
      Defendant-Appellant.
_____/

SC: 150286
COA: 311441
St. Clair CC: 12-000721-FC

On order of the Chief Justice, the joint motion of the parties to extend the time for submitting their supplemental briefs is GRANTED. The briefs will be accepted as timely filed if submitted on or before July 29, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 14, 2015



Clerk